EMMA C. MCALLISTER, A WIDOW, *Appellant,* v. J. M. MC-MICHAEL, *Appellee.*

Decision Filed November 8, 1920.

Petition for Rehearing Denied December 16, 1920.

An Appeal from an Order of the Circuit Court within and for the County of Dade; H. Pierre Branning, Judge.

*W. L. Freeland,* for Appellant;

*Hudson Wolfe & Cason,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the Order aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby, affirmed.

All concur.

On Petition for Rehearing.

PER CURIAM.—The orders herein appealed from were affirmed without opinion. A petition for rehearing has been filed. The bill of complaint as amended states a ground for relief which is not affected by the nature of the allegations challenged by the special demurrers. Whether

there is anything due the complainant for which he may have a lien on the property of defendant cannot be determined on the demurrers.

It is quite improper for counsel to address letters to members of the court discussing the merits of an application for a rehearing in a cause.

Rehearing denied.

All concur.